| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE BARTHOLOMEW _____ COURT |
| | ) SS: | |
| COUNTY OF BARTHOLOMEW | ) | CAUSE NO. 03D02 1607 PL0 04015 |

GARY COMBS,

    Plaintiff,

v.

RIGHTWAY FASTENERS, INC.,

    Defendant.

FILED JUL 19 2016 — CLERK BARTHOLOMEW CO. COURTS

## COMPLAINT AND DEMAND FOR JURY TRIAL

Comes now Plaintiff, Gary Combs, and for his Complaint against Defendant, Rightway Fasteners, Inc., alleges as follows:

### Nature of the Case

1.   This is an action at law and equity for damages by Plaintiff, Gary Combs (hereinafter "Combs" or "Plaintiff"), against Defendant, Rightway Fasteners, Inc. (hereinafter "Rightway" or "RFI" or "Defendant") for injury to his person, income, and property caused by the wrongful acts of Defendant.

2.   Plaintiff brings this action pursuant to the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §12101, *et seq.*, 104 Stat. 327 (1990) (Pub. L. 101-336), as amended by the ADA Amendments Act of 2008 (Pub. L. 110-325), and also pursuant to the common law of the State of Indiana including, without limitation, the doctrine of retaliatory discharge in violation of public policy.

3. Because Defendant's actions against Combs were taken with actual malice and/or reckless indifference to Combs' federally protected rights, Defendant is subject to an award of punitive damages pursuant to 42 U.S.C. §1981a(b)(1).

## Jurisdiction

4. At all relevant times Plaintiff performed work for Defendant within Bartholomew County, and Defendant routinely conducts business in Bartholomew County, Indiana. All the events giving rise to this cause of action occurred within or related to the employment relationship between Plaintiff and Defendant.

## Parties

5. Plaintiff, Gary Combs, was at all times relevant to this suit a citizen of the State of Indiana and resided at 1514 Southside Drive, Columbus, IN 47201.

6. Defendant Rightway, conducts business in the State of Indiana, including Bartholomew County, and at all relevant times maintained its offices at 7945 S. International Drive, Columbus, IN 47201. Defendant is a for-profit domestic corporation incorporated in the State of Indiana, and its corporate address is listed with the Indiana Secretary of State's office as 7945 S. International Drive, Columbus, IN 47201. Defendant's registered agent for service of process in Indiana is Wade Klingler, at the same corporate address.

## Factual Allegations

7. At all times relevant to this Complaint, Plaintiff was an "employee" of RFI within the meaning of the ADA.

8. At all times relevant to this Complaint, RFI was an "employer" within the meaning of the ADA.

9. At all times relevant to this Complaint, Combs' work performance met or exceeded Defendant's legitimate expectations.

10. RFI terminated Combs' employment on or about May 14, 2015.

11. Prior to terminating his employment, RFI refused to even consider or to talk to Plaintiff regarding his request for a reasonable accommodation for his disability.

12. At the time it terminated Plaintiff, RFI had a history, and/or a policy, of refusing to engage in the interactive process with, and refusing to accommodate, employees who had any work restrictions or limitations.

13. Plaintiff was a qualified individual with a disability within the meaning of the ADA.

14. At the time of his termination Plaintiff was able to perform the essential functions of his job with or without a reasonable accommodation.

15. Plaintiff requested a reasonable accommodation for his disability.

16. Defendant refused to accommodate Plaintiff.

17. Defendant refused to even discuss or consider allowing Plaintiff to work with restrictions of any kind, and treated him less favorably than similarly-situated employees without disabilities.

18. Defendant's discrimination and retaliation against Plaintiff continued even after Plaintiff was terminated when RFI opposed his claim for unemployment benefits, claiming that Plaintiff had resigned from his employment even though RFI was fully aware that it had terminated Plaintiff.

19. Plaintiff timely filed a Charge of Discrimination against RFI with the U.S. Equal Employment Opportunity Commission ("EEOC"). The Charge generally included allegations of

discrimination, retaliation and failure to accommodate in violation of the ADA and retaliation against Plaintiff for exercising his right to seek compensation for work-related injuries.

20. On or about May 2, 2016, Combs received a Notice of Right to Sue from the EEOC. This Complaint is timely filed.

21. As a direct and proximate result of RFI's unlawful, malicious, willful, retaliatory and discriminatory actions, Combs has suffered lost wages, salary, employment benefits, related financial losses, physical pain and suffering, and emotional distress.

### Count I: Discrimination and Failure to Accommodate in Violation of ADA

22. The other paragraphs of this Complaint are incorporated herein by reference as if fully set forth here.

23. At all times relevant Combs was a qualified individual with a disability within the meaning of the ADA; RFI regarded Combs as disabled; and, Combs had a record of having an impairment that substantially limited one or more of his major life activities, of which RFI was aware.

24. RFI failed and refused to engage in the interactive process with Combs, failed to make or even consider reasonable accommodations for him, and ultimately terminated his employment because of his disability or perceived disability.

25. Combs was at all relevant times capable of performing the essential functions of his position with RFI with or without accommodation.

26. As a result of RFI's wrongful, intentional, willful and wanton actions and omissions described herein, Combs has suffered loss of income and benefits, severe emotional distress, and other significant injury to both his property and his person.

4

## Count II: Retaliation in Violation of ADA

27. The other paragraphs of this Complaint are incorporated herein by reference as if fully set forth here.

28. Plaintiff engaged in conduct protected by the anti-retaliation provisions of the ADA codified at 42 U.S.C. §12203.

29. Defendant retaliated against Plaintiff for having engaged in protected conduct, including, without limitation, for his having sought accommodation for his known disabilities or for otherwise having exercised his rights under the ADA.

30. As a result of RFI's wrongful, intentional, willful and wanton actions and omissions described herein, Combs has suffered loss of income and benefits, severe emotional distress, and other significant injury to both his property and his person.

## Count III: Retaliatory Discharge in Violation of Public Policy

31. The other paragraphs of this Complaint are incorporated herein by reference as if fully set forth here.

32. Defendant retaliated against Plaintiff because her exercised and/or attempted to exercise his rights under the Indiana Worker's Compensation Act, and to keep him from further exercising such rights.

## Relief Requested

WHEREFORE, Plaintiff, by counsel, respectfully requests the following relief:

A. Special damages, including, but not limited to, wages, salary, employment benefits, and other compensation denied or lost due to Defendant's above-described actions;

B. Interest on the amount awarded as special damages calculated at the prevailing rate, including both pre- and post-judgment interest where appropriate;

C.  Compensatory damages;

D.  Liquidated and/or punitive damages;

E.  Damages to compensate Combs for mental anguish and emotional distress;

F.  Reasonable attorneys' fees, expert witness fees, and other costs of this action; and

G.  All other just and proper relief to which Plaintiff is entitled.

Respectfully submitted this 19th day of July, 2016.

By _____
Michael L. Schultz (20361-49)
PARR RICHEY OBREMSKEY FRANDSEN
   & PATTERSON LLP
201 N. Illinois Street, Suite 300
Indianapolis, IN 46204
Telephone: (317) 269-2500
Facsimile: (317) 269-2514
E-mail: mschultz@parrlaw.com

Attorneys for Plaintiff, Gary Combs

## DEMAND FOR JURY TRIAL

Plaintiff, Gary Combs, by his undersigned counsel, hereby requests a trial by jury pursuant to Rule 38 of the Indiana Rules of Trial Procedure.

_____
Michael L. Schultz

698954

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE BARTHOLOMEW _____ COURT |
| | ) SS: | |
| COUNTY OF BARTHOLOMEW | ) | CAUSE NO. 03D02-1607-PL-004015 |

GARY COMBS,

    Plaintiff,

v.

RIGHTWAY FASTENERS, INC.,

    Defendant.

FILED JUL 21 2016 CLERK BARTHOLOMEW CO. COURTS

## APPEARANCE BY ATTORNEY IN CIVIL CASE

### Party Classification: Initiating

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party:

   Plaintiff, Gary Combs

2. Applicable attorney information for service as required by Ind.Trial Rule 5(B)(2) and for case information as required by T.R. 3.1 and T.R. 77(B):

   Michael L. Schultz, 20361-49
   PARR RICHEY OBREMSKEY FRANDSEN
     & PATTERSON LLP
   201 North Illinois Street, Suite 300
   Indianapolis, IN 46204-4216
   Telephone:  (317) 269-2500
   Facsimile:  (317) 269-2514
   Email:  mschultz@parrlaw.com

3. Service by fax **will not** be accepted.

4. There are no related cases pending, nor have there been within the last twelve months.

5. This is a **PL** case type under Administrative Rule 8(B)(3).

6. This appearance has been served on all parties and/or counsel.

Respectfully submitted,

By _____
Michael L. Schultz, 20361-49
PARR RICHEY OBREMSKEY FRANDSEN
 & PATTERSON LLP
201 N. Illinois Street, Suite 300
Indianapolis, IN 46204-4216
Telephone: (317) 269-2500
Facsimile: (317) 269-2514
Email: mschultz@parrlaw.com

699226

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE BARTHOLOMEW _____ COURT |
| | ) SS: | |
| COUNTY OF BARTHOLOMEW | ) | CAUSE NO. 03 D02 1 6 0 7 PL 0 0 4 0 1 5 |

GARY COMBS, )
)
    Plaintiff, )
)
v. )
)
RIGHTWAY FASTENERS, INC., )
)
    Defendant. )

FILED JUL 21 2016 CLERK BARTHOLOMEW CO. COURTS

## APPEARANCE BY ATTORNEY IN CIVIL CASE

### Party Classification: Initiating

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party:

   Plaintiff, Gary Combs

2. Applicable attorney information for service as required by Ind.Trial Rule 5(B)(2) and for case information as required by T.R. 3.1 and T.R. 77(B):

   Michael L. Schultz, 20361-49
   PARR RICHEY OBREMSKEY FRANDSEN
     & PATTERSON LLP
   201 North Illinois Street, Suite 300
   Indianapolis, IN 46204-4216
   Telephone: (317) 269-2500
   Facsimile: (317) 269-2514
   Email: mschultz@parrlaw.com

3. Service by fax **will not** be accepted.

4. There are no related cases pending, nor have there been within the last twelve months.

5. This is a **PL** case type under Administrative Rule 8(B)(3).

6. This appearance has been served on all parties and/or counsel.

Respectfully submitted,

By _____
Michael L. Schultz, 20361-49
PARR RICHEY OBREMSKEY FRANDSEN
  & PATTERSON LLP
201 N. Illinois Street, Suite 300
Indianapolis, IN 46204-4216
Telephone:   (317) 269-2500
Facsimile:    (317) 269-2514
Email:          mschultz@parrlaw.com

699226

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE BARTHOLOMEW _____ COURT |
| | ) SS: | |
| COUNTY OF BARTHOLOMEW | ) | CAUSE NO. 03 D02 1 6 0 7 PL 0 0 4 0 1 5 |

GARY COMBS,  )
           Plaintiff,  )
    v.  )
RIGHTWAY FASTENERS, INC.,  )
           Defendant.  )

## SUMMONS

TO DEFENDANT:    Rightway Fasteners, Inc.
                            c/o Wade Klingler, Registered Agent
                            7945 S. International Drive
                            Columbus, IN 47201

      You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

      The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

      An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

      If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated _____7/21/2016_____                        _____
                                                                                 Clerk, Bartholomew County Circuit & Superior Courts

**Attorney for Plaintiff(s):**                        **Clerk Information:**

Michael L. Schultz (20361-49)                        Courthouse
PARR RICHEY OBREMSKEY FRANDSEN          234 Washington Street, 1st Floor
  & PATTERSON LLP                                    Columbus, IN 47201
201 N. Illinois Street, Suite 300
Indianapolis, IN 46204
Telephone:     (317) 269-2500
Facsimile:      (317) 269-2514

The following manner of service of Summons is hereby designated:

    __X__  Registered or Certified Mail
    _____  Service on individual at above address: County _____
    _____  Service on agent: (specify) _____
    _____  Service by Publication

## CLERK'S CERTIFICATE OF MAILING

    I hereby certify that on the _____ day of _____, 2016 I mailed a copy of this Summons and a copy of the Complaint to the Defendant, Rightway Fasteners, Inc., by certified mail, requesting a return receipt, at the address furnished by the Plaintiff.

Dated _____      _____
                                                                           Clerk, Bartholomew County Circuit & Superior Courts

## RETURN ON SERVICE OF SUMMONS BY MAIL

    I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the Complaint mailed to the Defendant, was accepted on the _____ day of _____ 2016.
    I hereby certify that the attached return receipt was received by me on the _____ day of _____ 2016, showing that the summons and a copy of the Complaint was returned not accepted.
    I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to the Defendant, was accepted by _____ (age) _____ on behalf of said Defendant on the _____ day of _____ 2016.

                                                                           Clerk, Bartholomew County Circuit & Superior Courts

## SERVICE ACKNOWLEDGED

    A copy of the within Summons and a copy of the Complaint attached thereto were received by me at _____.

Dated _____      _____
                                                                            Signature of Defendant

## RETURN OF SERVICE OF SUMMONS

    I hereby certify that I have served the within Summons:

(1) By delivering a copy of the Summons and a copy of the Complaint to the Defendant on the _____ day of _____ 2016.
(2) By leaving a copy of the Summons and a copy of the Complaint:
        a) at the dwelling place or usual place of abode of the Defendant
        b) with a person of suitable age and discretion residing therein, namely _____ and by mailing a copy of the Summons to the Defendant, by first class mail, to the address listed on the Summons, the last known address of the Defendant.

                                                    Sheriff of _____ County, Indiana
                                                    By: _____

699234