# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| GARY COMBS, | ) |
| Plaintiff, | ) |
| vs. | ) Cause No. 1:16-cv-02110-SEB-TAB |
| RIGHTWAY FASTENERS, INC., | ) |
| Defendant. | ) |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL

This matter came before the Court on the Parties' Joint Stipulation of Dismissal, and the Court being duly advised, hereby **ORDERS** that the above-captioned cause of action be dismissed in its entirety, with prejudice, and with each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Date: 3/17/2017

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Patricia L. Ogden – patricia.ogden@btlaw.com
Jackie S. Gessner – jackie.gessner@btlaw.com
**BARNES & THORNBURG LLP**

Michael L. Schultz
mschultz@parrlaw.com
**PARR RICHEY FRANDSEN PATTERSON & KRUSE LLP**